OHIO STATE BAR ASSOCIATION *v.* DYE, JUDGE.

[Cite as *Ohio State Bar Assn. v. Dye* (1991), 61 Ohio St.3d 72.]

(No. 90–2089—Submitted March 20, 1991—Decided July 3, 1991.)

74

*Albert L. Bell, William L. Burton* and *Edwin C. Johnston,* for relator.
*Charles W. Kettlewell* and *James W. Ransbottom,* for respondent.

*Per Curiam.* We adopt the board's findings of fact and conclusions of law and will accept the parties' strong recommendation. Thus, we hereby publicly reprimand respondent for having violated Canons 3(A)(2), 3(A)(3), 3(A)(4), 3(A)(5), and 3(B)(1) of the Code of Judicial Conduct. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.